DONALD H. COULTER AND ESTHER L. COULTER, APPELLANTS, v. EUREKA COUNTY SCHOOL DISTRICT, A POLITICAL SUBDIVISION AND A SCHOOL BOARD; EUREKA COUNTY, A POLITICAL SUBDIVISION; AND THE NEVADA STATE EDUCATION ASSOCIATION, A CORPORATION, RESPONDENTS.

No. 7881

May 30, 1975                    535 P.2d 797

*J. Rayner Kjeldsen,* Reno, for Appellants.

*Evans & Bilyeu,* Elko; *Thornton & Stephens* and *Phyllis Alsey Atkins,* Reno, for Respondents.

---

## OPINION

*Per Curiam:*

This appeal from an order granting summary judgment is reversed for the same reasons we delineated in Kitchen Factors, Inc. v. Brown, 91 Nev. 308, 535 P.2d 677 (1975). This case is remanded for trial on its merits. Cf. NRCP 56(c).

In accord with NRS 18.060, appellants will be allowed their costs on appeal, upon the proper filing of a cost bill.